UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-cv-62024-WJZ

DASHA WRIGHT, FERNANDO MARTINEZ,
and others Similarly-situated,

    Plaintiffs,
v.

TRAVELLOOGA, LLC *et. al.*,

    Defendants.
_____/

## FINAL JUDGMENT

This action came on before the Court, Honorable William J. Zloch, District Judge, presiding, on the Parties' Stipulated Judgment in the above styled matter where the issue of damages to Plaintiffs and the issues of Attorneys' Fees and Costs are agreed to. It is **ORDERED AND ADJUDGED** that:

1. Judgment is hereby entered in favor of Plaintiffs against Defendants.

2. It is ADJUDGED, in accordance with the Stipulated Judgment, Plaintiff DASHA WRIGHT shall recover from Defendants TRAVELLOOGA, LLC and RICHARD FRANKEN, jointly and severally, the sum of $11,020.00, inclusive of all damages at issue, unpaid overtime wages, liquidated damages, and damages pursuant to Plaintiff's wrongful termination claim.

3. It is ADJUDGED, in accordance with the Stipulated Judgment, Plaintiff FERNANDO MARTINEZ shall recover from Defendants TRAVELLOOGA, LLC and RICHARD FRANKEN, jointly and severally, the sum of $17,445.40,

        inclusive of all damages at issue, unpaid overtime wages, liquidated damages, and damages pursuant to Plaintiff's wrongful termination claim.

4.     It is further ADJUDGED that Plaintiffs are entitled to attorneys' fees and costs of $13,000.00 from Defendants TRAVELLOOGA, LLC and RICHARD FRANKEN, jointly and severally.

5.     Final judgment is entered against Defendants TRAVELLOOGA, LLC and RICHARD FRANKEN, jointly and severally, and in favor of Plaintiffs, herein totaling $41,465.40 as designated above, which shall accrue interest at the rate of 4.75% from date of entry until satisfied for which all sums let execution issue forthwith.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Florida, this \_\_\_\_ day of _____, 2016.

                                                 _____
                                                 The Honorable WILLIAM J. ZLOCH
                                                 United States District Court Judge

Copies to:
Counsel of Record