UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CV-62024-ZLOCH

DASHA WRIGHT and )
FERNANDO MARTINEZ, )
    Plaintiffs, )
vs. )
)
TRAVELLOOGGA, LLC, and )
RICHARD FRANKEN, )
    Defendants, )
and )
)
BANK OF AMERICA, N.A., )
    Garnishee. )
_____)

## MOTION FOR GARNISHMENT AFTER JUDGMENT

Plaintiffs, DASHA WRIGHT and FERNANDO MARTINEZ, by and through the undersigned attorney, hereby moves for issuance of a Writ of Garnishment and states:

1. On September 29, 2016, this Court entered a judgment against the Defendants, Travellooga, LLC, and Richard Franken, in the amount of $41,4765.40 plus interest and costs.

2. Plaintiff does not believe that the said Defendants, Travellooga, LLC and Richard Franken, have in their possession visible property in which a levy can be made sufficient to satisfy the judgment herein.

3. Plaintiff suggest that Bank of America, N.A. is indebted to, or has tangible or intangible personal property of the Defendants, Travellooga, LLC and Richard Franken, in its hand, possession or control, and moves the clerk of the court to issue a Writ of Garnishment commanding the Garnishee named above to answer according to law in such cases provide.

RESPECTFULLY SUBMITTED,

/s/ Max A. Goldfarb                    /
Max A. Goldfarb, Esq. (FBN: 029658)
Law Office of Max A. Goldfarb
19 West Flagler Street, Suite 703
Miami, Florida 33130-4406
T: 305.371.2538 | F: 305.539.9432
Rule 2.516 Email Designation:
Primary: Service@MaxGoldfarb.com
Secondary: Max@MaxGoldfarb.com

/s/ Robert Gramberg                    /
Robert Gramberg, Esq. (FBN: 104750)
GRAMBERG LAW, P.A.
19 West Flagler Street, Suite 703
Miami, Florida 33130-4406
T: 305.371.2538 | F: 888.482.6702
Rule 2.516 Email Designation:
Primary: Robert@GrambergLaw.com
Secondary: Service@GrambergLaw.com
Secondary: MiamiLegalAssist@Gmail.com