UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CV-62024-ZLOCH

FILED by _____ D.C.
DEC 09 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

| | |
|---|---|
| DASHA WRIGHT and<br>FERNANDO MARTINEZ,<br>    Plaintiffs,<br>vs.<br><br>TRAVELLOOGGA, LLC, and<br>RICHARD FRANKEN,<br>    Defendants,<br>and<br><br>BANK OF AMERICA, N.A.,<br>    Garnishee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## WRIT OF GARNISHMENT

TO EACH SHERIFF OF THE STATE OF FLORIDA:

YOU ARE COMMNDED to summon the garnishee, BANK OF AMERICA, N.A., 150 W. Flagler St., Miami, Florida 33130, to serve an answer to this writ on: Max A. Goldfarb, Attorney for Plaintiff, whose address is: 19 West Flagler Street, Suite 703, Miami, Florida 33130, within 20 days after service of this writ, exclusive of the day of service, and to file the original with the clerk of court either before service on the attorney or immediately thereafter. The answer shall state whether the garnishee is indebted to the Defendants, TRAVELLOOGA, LLC, and RICHARD FRANKEN, at the time of the answer or was indebted at the time of the service of the Writ, or at any time between such times, of service of the writ, or at the any time between such times, and in what sum and what tangible and intangible personal property of the defendants the garnishee has in its possession or control at the time of the answer or had at the time of service of this writ, or at any time between such times and whether the garnishee knows of any person indebted to the defendant or who may have any property of the defendant in its possession or control. The amount set in plaintiff's motion is $41,465.40 plus the costs of the garnishment, interest and a reasonable attorney's fees.

DATED: 12/9/2016

Steven M. Larimore

CLERK OF THE COURT

BY: _____
    AS DEPUTY CLERK

## Americans with Disabilities Act of 1990 Required Notice

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."